AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

APPEARANCE

V.

CASE NUMBER: 1-06-M-13M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Carlos Diaz

I certify that I am admitted to practice in this court.

*Date*

*Signature*

John MacDonald 5368
*Print Name* *Bar Number*

One Turks Head, Suite 1440
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401-421-1440
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.