**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA** :
:
**vs.** : **NO.: 1-06-M-~~16M~~** 13M
:
**CARLOS DIAZ** :

**ENTRY OF APPEARANCE**

Now comes William J. Murphy #3258, and hereby enters his appearance on behalf of Carlos Diaz in the above-referenced matter.

Respectfully submitted,
Carlos Diaz,
By his Attorney,

William J. Murphy #4258
MURPHY & FAY, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

**CERTIFICATION**

I, the undersigned hereby certify that I caused to be mailed via first-class mail, postage prepaid, to the U.S. Attorney's Office, To Mary Rogers Fleet Center – 8th Floor, 50 Kennedy Plaza, Providence, Rhode Island 02903 on this 6th day of February, 2006.

Donna M. Rogers