IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CR 06 19 ML

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 846, 841(a)(1) & |
| CARLOS DIAZ, a/k/a | ) | (b)(1)(B) |
| Carlos Miguel, a/k/a | ) | |
| Jose Luis, a/k/a Carlos | ) | |

INDICTMENT

The Grand Jury charges that:

On or about January 20, 2006, in the District of Rhode Island, the Defendant, CARLOS DIAZ, a/k/a, Carlos Miguel, a/k/a Jose Luis, a/k/a Carlos, with others known and unknown to the grand jury, did knowingly, intentionally and wilfully combine, conspire, confederate and agree with each other, to distribute and to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B);

All in violation of 21 U.S.C. § 846.

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

MARY E. ROGERS
Assistant U.S. Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
Criminal Chief

DATE: 2/8/06