PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

CASE NO. ______

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Indictment ☐ Information ☐ Defendant Added ☐ Charges/Counts Added

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☒ U.S. Atty ☐ Other U.S. Agency

Phone No. ______

Name of Asst. U.S. Attorney (if assigned): MARY E. ROGERS

USA vs.

Defendant: Carlos Diaz, aka Carlos Miguel, aka Jose Luis, aka Carlos

Address:

ect: ______

☒ Male ☐ Female

☐ Alien (if applicable)

Social Security Number ______

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

______

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

______

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 1:06-M-13M

Place of offense: RHODE ISLAND County

**DEFENDANT**

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

☒ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any): ______

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 21 U.S.C. Secs. 841(a)(1) & (b)(1)(B); 846 | CONSPIRACY TO DISTRIBUTE AND TO POSSESS | ☒ Felony ☐ Misdemeanor |
| | Penalties: 40 yrs w/mandatory minimum 5 yrs | WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE | ☐ Felony ☐ Misdemeanor |
| | imprisonment; $2,000,000 fine; at least 4 yrs | OF A MIXTURE AND SUBSTANCE CONTAINING A | ☐ Felony ☐ Misdemeanor |
| | supervised release; $100 special assessmt | DETECTABLE AMOUNT OF COCAINE, A | ☐ Felony ☐ Misdemeanor |
| | ESTIMATED TRIAL DAYS: 3 | SCHEDULE II CONTROLLED SUBSTANCE | ☐ Felony ☐ Misdemeanor |