**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **NO. 1-06M-13M** |
| | : | |
| **CARLOS DIAZ** | : | |

## MOTION TO WITHDRAW

Now comes John MacDonald, court appointed counsel for Carlos Diaz, and herby moves to withdraw from the above-referenced matter. As grounds, counsel avers that Mr. Diaz has retained the services of Attorney William Murphy to represent him in this matter.

Respectfully submitted,

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

## CERTIFICATION

I hereby certify that on 2-7-06 a true copy of this document was delivered to A.U.S.A. Mary Rogers, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.