UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: MJ Martin
RE: CA CA 06-19-01ML

USA v. Carlos Diaz

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 3 / 2 / 06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

X Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (Local Rule LR CV 5(a)(5))(Local Rule LR CR 57(a)(4))

X 2. All motions and objections with accompanying memoranda must be filed in triplicate.(original and two copies) (Local Rule LR CV 7 (c))

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule LR CV 7 (a))

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule LR CV 5 (b))
b) Summons (Fed. R. Civ. P. 4(a),(b))
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule LR CV 5.1(1)) (Fed.R.Crim.P.49)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 26(a),34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule LR CV 37(a)).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Motion to appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (Local Rule LR Gen 204(d)

_____ 9. Other:_______________________________________________

ENTER: David L Martin
United States Magistrate Judge

Date: 3-3-06

cc: Counsel of Record