**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **Case No.: CR 1-06-M-16M** |
| | : | |
| **CARLOS DIAZ** | : | |

**MOTION TO CONTINUE TRIAL CALENDAR**

Now comes the Defendant, Carlos Diaz, by and through his attorney and respectfully moves this Honorable Court for a continuance of a minimum of sixty (60) days.

As basis for this Motion counsel avers the following:

1. The motion is in the interest with the speedy trial act provisions of 18 USC 3161 (8) (A).

2. The Federal Bureau of Investigation wire interception took place for approximately four (4) months and there are hundred's of recorded conversations which require additional time to analyze;

3. The Assistant United States Attorney has no objection to this Motion to Continue.

WHEREFORE, Defendant requests that this Motion be granted in that the ends of justice will be served by the continuance.

CARLOS DIAZ,
By his Attorneys,

William J. Murphy (#4258)
MURPHY & FAY, L.L.P.
127 Dorrance Street - 2nd Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3200
Facsimile: (401) 490-3207

**CERTIFICATION**

I, the undersigned, do hereby certify that I hand-delivered a true and accurate copy of the within to Mary Rodgers, Esquire, Department of the United States Attorney, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on the 10 day of March 2006.

______________________________