**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**
**:**
**vs. : CR. NO. 06-019-01 ML**
**:**
**CARLOS DIAZ :**

**MOTION TO WITHDRAW MOTION FOR DISCOVERY AND INSPECTION**

Now comes the Defendant, Carlos Diaz by and through his attorney and hereby withdraws his Motion for Discovery and Inspection currently schedule for hearing on Friday, April 6, 2006, at 10:30 a.m.

The Assistant United States Attorney Mary Rogers has no objection to this motion as she has resolved discovery issues with undersigned counsel.

Respectfully submitted,
Carlos Diaz,
By his Attorney,

William J. Murphy /dmr

William J. Murphy (#4258)
MURPHY & FAY, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: 401- 490-3200
Facsimile: 401-490-3207

**CERTIFICATION**

I, the undersigned, hereby certify that a true and accurate copy of the within Motion for Discovery and Disclosure was sent by regular, postage pre-paid, mail to: Mary Rogers, Esquire, Assistant United States Attorney, U. S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, Rhode Island 02903 on this, the 6th day of April, 2006.

Donna M. Rogers

Granted.
Mary M. Lisi USDJ 4/7/06