UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR. NO. 06-019-ML |
| | : | |
| CARLOS DIAZ | : | |

**MOTION TO CONTINUE TRIAL**

Now comes the Defendant, Carlos Diaz, by and through his attorney and respectfully Motions this Honorable Court for a continuance of thirty (30) days or until June 1, 2006.

As basis for this motion your Defendant avers the following:

1. The Federal Bureau of Investigation wire interception took place for approximately four (4) months and there are hundreds of recorded conversations which require additional time to analyze.

2. The time requested in considered excludable time.

3. The Assistant United States Attorney has no objection to this Motion to Continue.

WHEREFORE, Defendant respectfully requests that this Motion be granted.

Respectfully submitted,
Carlos Diaz,
By his Attorney,

William J. Murphy (#4258)
MURPHY & FAY, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: 401- 490-3200
Facsimile: 401-490-3207

**CERTIFICATION**

I, the undersigned, hereby certify that a true and accurate copy of the within Motion to Continue was hand-delivered to: Mary Rodgers, Esquire, A.U.S.A., U. S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, Rhode Island 02903 on this, the 1st day of May, 2006.

1st

______________________