**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CR. NO. 06-019-ML** |
| | : | |
| **CARLOS DIAZ** | : | |

**MOTION TO SUPPRESS STATEMENT**

Now comes the Defendant, Carlos Diaz, by and through his attorney in the above-entitled matter and herby moves to suppress a statement that was given to a cooperating government witness.

As basis for this motion your Defendant avers the following:

1. The Defendant's attorney received a letter on July 11, 2006, stating his client purportedly made a statement to a government cooperating witness. (Attached).

2. The Defendant was not provided with any information as to when the statement was given to the government's cooperating witness.

3. The Defendant moves to suppress the purported statement on the basis that it was given to a government agent while the individual was acting in his capacity as a government agent and while the Defendant was represented by counsel.

4. A Memorandum of Law is to follow.

**WHEREFORE,** your Defendant prays his Motion to Suppress Statement be granted.

Respectfully submitted,
Carlos Diaz,
By his Attorney,

William J. Murphy (#4258)
MURPHY & FAY, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Tel: 401-490-3200/Fax: 401-490-3207

**CERTIFICATION**

I, the undersigned, hereby certify that a true and accurate copy of the within Motion to Suppress Statement was faxed to: Mary Rodgers, Esquire, AUSA., U. S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, Rhode Island 02903 on this, the 13 day of July, 2006.

Donna M. Rogers