**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CR. NO. 06-019-ML** |
| | : | |
| **CARLOS DIAZ** | : | |

**DEFENDANT'S OBJECTION TO INTENDED USE BY THE GOVERNMENT OF ALLEGED CO-CONSPIRATOR STATEMENTS**

Last week, the government provided transcripts of statements it intends to use in its case-in-chief against the Defendant.

The Defendant objects to the statements of the alleged co-conspirators being used without establishing the proper foundation pursuant to Federal Rule of Evidence 104.

Respectfully submitted,
Carlos Diaz,
By his Attorney,

William J. Murphy (#4288)
MURPHY & FAY, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Tel: 401-490-3200/Fax: 401-490-3207

**CERTIFICATION**

I, the undersigned, hereby certify that a true and accurate copy of the within Motion to Suppress Statement was hand-delivered to: Mary Rodgers, Esquire, AUSA., U. S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, Rhode Island 02903 on this, the 17th day of July, 2006.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CR. NO. 06-019-ML** |
| | : | |
| **CARLOS DIAZ** | : | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF HIS OBJECTION TO THE GOVERNMENT'S USE OF ALLEGED CO-CONSPIRATOR STATEMENTS**

Under *Bourjaily v. United States*, 483 U.S. 171, 175 (1987), a foundational pre-requisite is required before co-conspirator statements can be admissible against the Defendant.

The government must show that a conspiracy existed involving the declarant and the non-offending party; the declaration must be made during the course of the conspiracy, and the declaration must be in furtherance of the conspiracy.

Respectfully submitted,
Carlos Diaz,
By his Attorney,

William J. Murphy (#4258)
MURPHY & FAY, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Tel: 401-490-3200/Fax: 401-490-3207

**CERTIFICATION**

I, the undersigned, hereby certify that a true and accurate copy of the within Motion to Suppress Statement was hand-delivered to: Mary Rodgers, Esquire, AUSA., U. S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, Rhode Island 02903 on this, the 17th day of July, 2006.