IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 06-019ML |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 846, 841(a)(1) & |
| CARLOS DIAZ, a/k/a | ) | (b)(1)(B) |
| Carlos Miguel, a/k/a | ) | |
| Jose Luis, a/k/a Carlos | ) | |

AMENDED SUPERCEDING INDICTMENT

From a time unknown to the Grand Jury, but at least by in or about September of 2005, up to and including, on or about January 30, 2006, in the District of Rhode Island, the Defendant, CARLOS DIAZ, a/k/a, Carlos Miguel, a/k/a Jose Luis, a/k/a Carlos, with others known and unknown to the grand jury, did knowingly, intentionally and wilfully combine, conspire, confederate and agree with each other, to distribute and to possess with intent to distribute five hundred grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B);

All in violation of 21 U.S.C. § 846.

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

MARY E. ROGERS
Assistant U.S. Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
Criminal Chief

DATE: July 20, 2006