AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA
V.
Carlos Diaz

## EXHIBIT AND WITNESS LIST

Case Number: CR 06-019ML

| PRESIDING JUDGE | GOVT'S ~~PLAINTIFF'S~~ ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | AUSAs Mary E. Rogers, Sandra Beckner | William J. Murphy |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Jury Trial 7/18/06 to 7/20 06 | Karen Wischnowsky | John Duhamel |

| GOVT ~~PLF.~~ NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| — | — | — | → | ✓ | W-1 PATRICK REILLY - TASK FORCE AGENT |
| 60 | | 7.18.06 | | 7-18-06 | photo - California Figueroa |
| 65 | | " | | ✓ | photo - Union Ave. Calif. Figueroa |
| 1a | | " | | ✓ | recording - Spanish |
| 1 | | " | | ✓ | transcript - English translation |
| 3 | | " | | ✓ | transcript - English translation |
| 3a | | " | | ✓ | recording - Spanish |
| 4 | | " | | ✓ | transcript - English translation |
| 4a | | " | | ✓ | recording - Spanish |
| 10 | | " | | ✓ | transcript - English translation |
| 10a | | " | | ✓ | recording - Spanish |
| 11 | | " | | ✓ | transcript - English translation |
| 11a | | " | | ✓ | recording - Spanish |
| 12 | | " | | ✓ | transcript - English translation |
| 12a | | " | | ✓ | recording - Spanish |
| 13 | | " | | ✓ | transcript - English translation |
| 13a | | " | | ✓ | recording - Spanish |
| 14 | | " | | ✓ | transcript - English translation |
| 14a | | " | | ✓ | recording - Spanish |
| 16 | | " | | ✓ | transcript - English translation |
| 16a | | " | | ✓ | recording - Spanish |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Carlos Diaz | CASE NO. CR 06-019ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 19 | | 7-18-06 | | ✓ | transcript – English translation |
| 19a | | " | | ✓ | recording – Spanish |
| 20 | | " | | ✓ | transcript – English translation |
| 20a | | " | | ✓ | recording – Spanish |
| 22 | | " | | ✓ | transcript – English translation |
| 22a | | " | | ✓ | recording – Spanish |
| 24 | | " | | ✓ | transcript – English translation |
| 24a | | " | | ✓ | recording – Spanish |
| 29 | | " | | ✓ | transcript – English translation |
| 29a | | " | | ✓ | recording – Spanish |
| 31 | | " | | ✓ | transcript – English translation |
| 31a | | " | | ✓ | recording – Spanish |
| 70 | | " | | ✓ | video – portion |
| 71 | | " | | ✓ | video – portion |
| 72 | | " | | ✓ | video – portion |
| 32 | | " | | ✓ | transcript – English translation |
| 32a | | " | | ✓ | recording – Spanish |
| 73 | | " | | ✓ | video – portion |
| 33 | | " | | ✓ | transcript – English translation |
| 33a | | " | | ✓ | recording – Spanish |
| 34 | | " | | ✓ | transcript – English translation |
| 34a | | " | | ✓ | recording – Spanish |
| 35 | | " | | ✓ | transcript – English translation |
| 35a | | " | | ✓ | recording – Spanish |
| 36 | | " | | ✓ | transcript – English translation |
| 36a | | " | | ✓ | recording – Spanish |
| 37 | | " | | ✓ | transcript – English translation |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | | vs. | Carlos Diaz | CASE NO. CR 06-019ML |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 37a | | 7-18-06 | | ✓ | recording - Spanish |
| 38 | | " | | ✓ | transcript - English translation |
| 38a | | " | | ✓ | recording - Spanish |
| 74 | | " | | ✓ | video - portion |
| 39 | | " | | ✓ | transcript - English translation |
| 39a | | " | | ✓ | recording - Spanish |
| 75 | | " | | ✓ | video - portion |
| 40 | | " | | ✓ | transcript - English translation |
| 40a | | " | | ✓ | recording - Spanish |
| 41 | | " | | ✓ | transcript - English translation |
| 41a | | " | | ✓ | recording - Spanish |
| 42 | | " | | ✓ | transcript - English translation |
| 42a | | " | | ✓ | recording - Spanish |
| | | | | | |
| | | 7-19-06 | | | Examination of W-1 (Reilly) resumes |
| 43 | | " | ✓ | | transcript - English translation |
| 43a | | " | ✓ | | recording - Spanish |
| 76 | | " | | ✓ | video - portion |
| 77 | | " | | ✓ | video - portion |
| 44 | | " | | ✓ | transcript - English translation |
| 44a | | " | | ✓ | recording - Spanish |
| 78 | | " | | ✓ | video - portion |
| 79 | | " | | ✓ | video - portion |
| 80 | | " | | ✓ | video - portion |
| 45 | | " | | ✓ | transcript - English translation |
| 45a | | " | | ✓ | recording - Spanish |
| 81 | | " | | ✓ | video - portion |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Carlos Diaz | CASE NO. CR 06-019ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 46 | | 7/19 " | | ✓ | transcript – English translation |
| 46a | | " | | ✓ | recording – Spanish |
| 47 | | " | ✓ | | transcript – English |
| 47a | | " | ✓ | | recording – English |
| 48 | | " | | ✓ | transcript – English translation |
| 48a | | " | | ✓ | recording – Spanish |
| 49 | | " | ✓ | | transcript – English |
| 49a | | " | ✓ | | recording – English |
| 50 | | " | | ✓ | transcript – English translation |
| 50a | | " | | ✓ | recording – Spanish |
| 51 | | " | ✓ | | transcript – English |
| 51a | | " | ✓ | | recording – English |
| 52 | | " | | ✓ | transcript – English translation |
| 52a | | " | | ✓ | recording – Spanish |
| 54 | | " | | ✓ | transcript – English translation |
| 54a | | " | | ✓ | recording – Spanish |
| 2 | | " | ✓ | | transcript re: English intercept |
| 5 | | " | ✓ | | transcript " " " |
| 6 | | " | ✓ | | transcript " " " |
| 8 | | " | ✓ | | transcript " " " |
| 9 | | " | ✓ | | transcript " " " |
| 17 | | " | ✓ | | transcript " " " |
| 18 | | " | ✓ | | transcript " " " |
| 21 | | " | ✓ | | transcript " " " |
| 23 | | " | ✓ | | transcript " " " |
| 26 | | " | ✓ | | transcript " " " |
| 30 | | " | ✓ | | transcript " " " |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Carlos Diaz | CASE NO. CR 06-019ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 47 | | 7.19.06 | ✓ | | transcript re: English intercept |
| 49 | | " | ✓ | | transcript " " " |
| 51 | | " | ✓ | | transcript " " " |
| 53 | | " | ✓ | | transcript " " " |
| 55 | | " | ✓ | | transcript " " " |
| | Z | " | ✓ | | Entire video (surveillance) |
| — | — | —> | | | W-2 Patrick Schwab |
| 2a | | 7.19.06 | | ✓ | recording – English |
| 5a | | " | | ✓ | recording – English |
| 6a | | " | | ✓ | recording – English |
| 8a | | " | | ✓ | recording – English |
| 9a | | " | | ✓ | recording – English |
| 17a | | " | | ✓ | " " |
| 18a | | " | | ✓ | " " |
| 21a | | " | | ✓ | " " |
| 23a | | " | | ✓ | " " |
| 26a | | " | | ✓ | " " |
| 30a | | " | | ✓ | " " |
| 47a | | " | | ✓ | " " |
| 49a | | " | | ✓ | " " |
| 51a | | " | | ✓ | " " |
| 53a | | " | | ✓ | " " |
| 55a | | " | | ✓ | " " |
| * | Y | " | | ✓ | letter dated 3/30/06 Rush Rogers to J. Bevilacqua |
| | | | | | Voir dire of W-2 |
| | | | | | CX of W-1 (Reilly) resumes |
| | | | | | |

* full exhibit re: voir dire of Patrick Schwab only – separate from other exhibits

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Carlos Diaz | CASE NO. CR 06-019ML |
|---|---|---|---|

| ~~PLF.~~ DEF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | C | 7-19-06 | | ✓ | photo - Durasef van |
| | F | " | ✓ | | photo - Durasef van |
| | L | " | ✓ | | B. Estoredancio's driving record |
| ~~20~~ | | | | | ~~[illegible]~~ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |