IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-019ML |
| | ) | |
| CARLOS DIAZ | ) | |

GOVERNMENT'S MOTION TO CONTINUE THE DEFENDANT'S SENTENCING

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Mary E. Rogers, Assistant U.S. Attorney, and hereby move for a continuance of the Defendant's sentencing, currently scheduled before this Court on October 13, 2006. The Defendant has no objection to this request for a continuance. The parties are still in the process of completing the "safety-valve" interview pursuant to U.S.S.G. § 5C1.2. The parties request a continuance of at least two weeks.

The Defendant previously pled guilty before this Court on July 20, 2006, and therefore, the Speedy Trial Act is not implicated in this request for a continuance.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

Granted.
Mary M. Lisi
USDJ 10/10/06

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov

Case 1:06-cr-00019-ML-DLM Document 35 Filed 10/05/2006 Page 2 of 2

CERTIFICATE OF SERVICE

On this 5th day of October, 2006, I caused the Government's Motion To Continue The Defendant's Sentencing to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

William J. Murphy, Esquire
Murphy & Fay, LLP
127 Dorrance Street, 2nd FL
Providence, RI 02903

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov