**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **NO.: 1-06-M-19M** |
| | : | |
| **CARLOS DIAZ** | : | |

## MOTION TO CONTINUE SENTENCING

Now comes the Defendant, Carlos Diaz, in the above-entitled matter and hereby Motions this Honorable Court to continue his sentencing currently scheduled on November 9, 2006.

As basis for this Motion your Defendant avers the following:

1. The Assistant United State Attorney has no objection to this Motion.

2. Counsel received a telephone call cancelling the scheduled second safety-valve interview due to the necessity of the court's interpreter's appearance in court. Counsel received the cancellation call at approximately 9:30 a.m. on November 6, 2006.

WHEREFORE, in the interests of Justice, the Defendant prays that the within Motion be continue.

Respectfully submitted,
Carlos Diaz,
By his Attorney,

/s/ William J. Murphy #4258
MURPHY & FAY, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

# CERTIFICATION

I, the undersigned, hereby certify that the following document was served electronically through the Court's ECF system to the parties below:

Mary Rogers, Esquire, AUSA.,
U. S. Attorney's Office, Fleet Center,
8th Floor, 50 Kennedy Plaza
Providence, Rhode Island 02903
mary.rogers@usdoj.gov

/s/William J. Murphy #4258