**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **vs.** | **:** | **CR. NO. 06-019-ML** |
| | **:** | |
| **CARLOS DIAZ** | **:** | |

**NOTICE OF APPEAL IN FORMA PAUPERIS**

Now comes the Defendant, Carlos Diaz, and hereby appeals his judgment and sentence in the above-entitled matter. Mr. Diaz is without the funds necessary to hire an attorney and requests this Honorable Court appoint an attorney to represent him.

Respectfully submitted,
Carlos Diaz,
By his Attorney,

/s/ William J. Murphy
William J. Murphy #4258
Murphy & Fay, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Tel: 401-490-3200/Fax: 401-490-3207

**CERTIFICATION**

I, the undersigned, hereby certify that o this 20th day of November, 2006, I filed this document electronically and that it is available for viewing and downloading from the ECF System. This document was served by electronic mail upon:

Mary Rogers, Esquire
AUSA.
U. S. Attorney's Office
Fleet Center - 8th Floor
50 Kennedy Plaza
Providence, Rhode Island 02903

/s/William J. Murphy
William J. Murphy