**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CR. NO. 06-019-ML** |
| | : | |
| **CARLOS DIAZ** | : | |

**MOTION TO PROCEED IN FORMA PAUPERIS**

Now comes the Defendant in the above-entitled matter and hereby requests this Honorable Court to allow him to proceed *In Forma Pauperis*. Mr. Diaz is without funds necessary to hire an attorney and requests that this Honorable Court appoint an attorney to represent him.

Respectfully submitted,
Carlos Diaz,
By his Attorney,

/s/ William J. Murphy #4258
Murphy & Fay, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Tel: 401-490-3200/Fax: 401-490-3207

**C E R T I F I C A T I O N**

I, the undersigned, hereby certify that o this 20th day of November, 2006, I filed this document electronically and that it is available for viewing and downloading from the ECF System. This document was served by electronic mail upon:

Mary Rogers, Esquire
AUSA.
U. S. Attorney's Office
Fleet Center - 8th Floor
50 Kennedy Plaza
Providence, Rhode Island 02903

/s/William J. Murphy
William J. Murphy