**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**
**PROVIDENCE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff-Respondent,** | * | **Criminal No. 1:06cr00019** |
| | * | |
| **vs.** | * | **Hon. Judge Mary M. Lisi** |
| | * | |
| **CARLOS DIAZ,** | * | **Mag. Judge David L. Martin** |
| | * | |
| **Defendant-Petitioner.** | * | |
| | * | |

**NOTICE OF APPEAL**

Petitioner Carlos Diaz, *pro se*, hereby gives notice of his intent to appeal the judgement of this court, dated November 9th, 2006.

Respectfully submitted,

Carlos Diaz, *pro se*
Wyatt Correctional Facility
950 High St.
Central Falls, RI 02863

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing notice of appeal has been served via U.S. mail, on the 15th day of November 2006, upon US Attorneys Mary E. Rogers and Sandra Beckner, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI. 02903.

Carlos Diaz, *pro se*

November 15, 2006

United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Dear Clerk,

Please find enclosed with this letter one original and two copies of my pro se Notice of Appeal. All parties have been served and two holes placed in the top of the clerk's copy pursuant to court rules.

Respectfully submitted,

Carlos M Diaz
Wyatt Cor. Fac.
950 High St.
Central Falls, RI 02863

cc/file/US Attorneys Office