06-00019
USDC/RI
Lisi, J

MANDATE

# United States Court of Appeals
## For the First Circuit

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/11/07

No. 06-2642

UNITED STATES,
Appellee,

v.

CARLOS DIAZ, a/k/a Carlos Miguel, a/k/a Carlos,
a/k/a Jose Luis,

Defendant - Appellant.

**JUDGMENT**

Entered: December 20, 2006
Pursuant to 1st Cir. R. 27.0(d)

By order entered November 29, 2006, appellant was directed to show cause in writing as to why this appeal should not be dismissed as duplicative of Appeal No. 06-2641. Appellant was warned that failure to respond by December 13, 2006 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3.0(b). Defendant's appeal shall proceed under No. 06-2641.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[cc: William J. Murphy, Esq., Donald Lockhart, AUSA, Jeffrey M. Brandt.]