IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * | * | C.R. NO. 06-19ML |
| | * | |
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | JULY 20, 2006 |
| | * | 9:00 A.M. |
| CARLOS DIAZ, | * | |
| a/k/a Carlos Miguel | * | |
| a/k/a Carlos | * | |
| a/k/a Jose Luis | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | PROVIDENCE, RI |

BEFORE THE HONORABLE MARY M. LISI,

DISTRICT JUDGE

(Jury Trial)

APPEARANCES:

| | |
|---|---|
| FOR THE GOVERNMENT: | MARY E. ROGERS, AUSA<br>SANDRA BECKNER, AUSA<br>U.S. Attorney's Office<br>50 Kennedy Plaza<br>Providence, RI 02903 |
| FOR THE DEFENDANT: | WILLIAM J. MURPHY, ESQ.<br>Murphy & Fay, LLP<br>127 Dorrance Street, 2nd Floor<br>Providence, RI 02903 |
| Court Reporter: | Karen M. Wischnowsky, RPR-RMR-CRR<br>One Exchange Terrace<br>Providence, RI 02903 |

20 JULY 2006

THE COURT: Marshal, you may see the Defendant out. And then, Bob, as soon as he's gone, I need you to bring the jury in.

Ma'am, I understand this was a very difficult morning for you. Please understand that I now have to bring in the jurors so that I can release them; and I'll ask you, if you would, to please contain yourself. If you cannot, then I'll ask you to leave the courtroom.

(The jury is present for the following)

THE COURT: You may be seated. First, I want to thank all of you for your patience this morning. I had asked John to tell you a couple of times that it would be a while and that I was engaged with counsel doing some things that I needed to take care of outside of your presence. And so, as I say, I thank you for your patience while we were conducting the business that we needed to conduct outside your presence.

Secondly, I must inform you that the trial in this case has come to an end. Mr. Diaz decided this morning to enter a plea of guilty; and because of that, there is no need to continue the presentation of evidence, nor is there a need to submit this matter to you for decision.

Now, this sometimes happens. It is not a frequent occurrence. However, it does happen at times that a Defendant in a criminal case will decide during the course of trial to change his or her plea. And, as I say, it happens infrequently; but when it does, the result is that there's no longer a need to continue the trial.

The only thing left for the Court to do is to impose sentence, and I'll be doing that in this case on October 13th.

Usually at the end of a criminal trial I take a few moments to thank members of the jury for their service; and since this is really the end of the trial for you, I'm going to do that right now.

I hope that for each and every one of you that your experience here has been a positive one. There is really, other than voting, no more meaningful task that a citizen can perform in government than service on a jury because, as I told you at the very beginning of the case, you would be the judges of the facts in this case and you would have to decide whether or not the Government had met its burden.

And so I hope that for those of you who perhaps this was your first time serving as a juror, that you've learned a lot about our criminal justice system.

I hope that you have come to appreciate why we here in the United States have the best system on earth; and that's really due in large measure to people like yourselves who come here, give up your time, which we know is valuable, and give service to the Court in deciding these important cases.

I also hope that in the course of trial you've had an opportunity to look around this beautiful courtroom. We have recently undergone a second rehabilitation of it. As you know, the building is about 100 years old, and we've taken great pains to restore it to its original form while at the same time converting it into a true state-of-the-art courtroom. And that's why we've had the benefit of the monitors in the jury box, which has helped us immensely in presenting evidence to you. Not every courtroom has this.

So you've been exposed to really the best of both worlds, the beauty of a 100-year-old building with all of the accoutrements of a state-of-the-art courtroom.

And so I want to say thank you, each and every one of you, for the time and effort that you've expended here over these past several days. I hope that in the future if you have an opportunity to serve

that you will also have an opportunity to deliberate and reach a verdict.

And so I say thank you again for your time and effort, and I'm now formally discharging you. You'll need to check in with Ron downstairs on the first floor.

Bob, you may see the jury out.

(The jury is not present for the following)

(Bench conference held off the record)

(Adjourned)

C E R T I F I C A T I O N

I, Karen M. Wischnowsky, RPR-RMR-CRR, do hereby certify that the foregoing pages are a true and accurate transcription of my stenographic notes in the above-entitled case.

/s/ Karen M. Wischnowsky
Karen M. Wischnowsky, RPR-RMR-CRR

June 3, 2008
Date